UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS BRISSON and KELLY BRISSON,

      Plaintiffs,

v.

                                                    Case No.13-13070

FEDERAL HOME LOAN MORTGAGE CORPORATION,     Honorable Julian Abele Cook, Jr.

      Defendant.

## ORDER

In this civil lawsuit, the Plaintiffs, Dennis and Kelly Brisson, complain that the Defendant, Federal Home Loan Mortgage Corporation, or its predecessor in interest, violated state and federal laws when issuing and collecting on a mortgage loan. On July 24, 2013, the Defendant filed a motion for summary judgment and to dismiss the Plaintiff's complaint, which was forwarded by the Court to Magistrate Judge Mark A. Randon for evaluation. In a report on August 21, 2013, the Magistrate Judge recommended that this Court grant the Defendant's motion and dismiss the complaint (ECF No. 4). As of this date, neither party has expressed any objections to the Magistrate Judge's report and recommendation. The Court has reviewed the report and recommendation and the file. The period of time for filing objections having now expired, this Court adopts the report, including the recommendations of the Magistrate Judge, in its entirety.

      IT IS SO ORDERED.

Date: November 19, 2013                    s/Julian Abele Cook, Jr.
                                                                 JULIAN ABELE COOK, JR.
                                                                 U.S. District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on November 19, 2013.

                                                                  s/ Kay Doaks
                                                                 Case Manager